# ATTACHMENT 2

# Transaction Structure

[redacted]

## Transaction Structure

**Managing Member**

| | | |
|---|---|---|
| Capital Commitment | $ | 505,890.00 |
| Annual Preferred Return (pre f | | 0% |
| **Pre Flip** | | |
| Income/(loss) | | 1.00% |
| Net operating cash flow | | 1.00% |
| Forecasted Flip Date | | 1/1/2021 |
| **Post Flip** | | |
| Income/(loss) | | 95.05% |
| Cash | | 95.05% |

[redacted]
Managing Member

Tax Equity Investor Member

**Tax Equity Investors**

| | | |
|---|---|---|
| Capital Commitment | $ | 50,083,110.00 |
| Annual Preferred Return (pre | | 2.00% |
| **Pre Flip** | | |
| Income/(loss) | | 99.00% |
| Net operating cash flow | | 99.00% |
| Forecasted Flip Date | | 1/1/2021 |
| **Post Flip** | | |
| Income/(loss) | | 4.95% |
| Cash | | 4.95% |

**Sources & Uses**

| | | |
|---|---|---|
| Total Project Cos | | 158,239,037 |
| **Total Uses** | | **158,239,037** |
| Tax Equity Inves | | 50,083,110 |
| Managing Memt | | 505,890 |
| Permanent Loan | | 107,650,037 |
| **Total Sources** | **$** | **158,239,037** |

XYZ, LLC (Project Owner/Borrower Partnership)

| | |
|---|---|
| **Sale of [redacted] Units** | **$ 153,300,000** |
| **Senior Debt** | $ 107,650,037 |
| **Interest Rate** | 2.30% |
| **Loan Term (Years)** | 20 |

[redacted]
(Lender)

**Master Lease Agreement**

[redacted]
(Lessee - Master Lease and Sub-Lessor)

**Long Term and Short Term Lease Agreement**

**End User**
**Sub Lessee**

**Legend**
Solid lines = Ownership flows of funds
Dashed lines = Non ownership flows of funds