McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOZA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CV-00247-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 12, 2019 TO JUNE 12, 2019 |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,  et al., | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from April 12, 2019 to June 12, 2019.  To date, no party has entered the case to file a claim against any of the defendant assets.  However, counsel for at least two potential claimants have contacted the government to request an extension of time enter the case.  The government agreed to each counsel's request.  Accordingly, this request for more time to file a joint status report will allow those potential claimants to review the forfeiture filings and, potentially, file a claim to the defendant assets.

**Introduction**

On February 8, 2019, the United States filed a civil forfeiture complaint *in rem* against twenty-five real properties ("defendant properties") connected to fraud and money laundering crimes in the Eastern District of California and other areas.  All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the

1

applicable statutory authority. Furthermore, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on February 26, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. *See* ECF No. 4. A Declaration of Publication was filed on April 11, 2019, which set forth, among other items, that publication on the government's forfeiture website was complete on March 27, 2019. *See* ECF No. 36.

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the defendant properties are collectively owned by five California LLCs, Dora Dog Properties, LLC, Dog Blue Properties, LLC, Brandy Boy Properties, LLC, 140 Mason Circle, LLC, and Park Road, LLC. The government served copies of the complaint documents on the above LLCs through their registered agent for service of process, as listed on the California Secretary of State's website. Further, the government served copies of the complaint on,the principals of each respective LLC, referred to as Individual 1 and Individual 2 in the forfeiture filings. Lastly, the government has provided notice of this action to the lienholders who are identified on chain-of-title documents and may have a security interest in the defendant properties.

Under the Forfeiture Rules, Individual 1 and Individual 2 had until March 18, 2019 to file a claim and enter the case. In early March 2019, counsel for Individual 1 and counsel for Individual 2 contacted the government to each request an extension of time to file a claim until May 1, 2019, citing the need for additional time to discuss the case with their clients and review the materials filed by the government in support of its complaint. Counsel for the government agreed to the request, therefore Individual 1 and Individual 2 currently have until May 1, 2019 to file a claim to the defendant properties.

Similarly, the government has spoken to a lawyer for a bank who has a security interest in one of the defendant properties. According to counsel, that property is in default and the bank is reviewing potential options concerning its security interest. The government has also agreed to extend the bank's deadline to enter the case to May 1, 2019 and is working with the lender concerning this issue.

To allow the above individuals and entities sufficient time to file a claim, the government seeks

to continue the deadline to file a Joint Status Report to June 12, 2019 (or to another date the Court deems appropriate).

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from April 12, 2019 to June 12, 2019, or to a date the Court deems appropriate.

Dated:  4/11/2019                                         McGREGOR W. SCOTT
                                                          United States Attorney


                                                           /s/ Kevin C. Khasigian
                                                          ANDRE M. ESPINOZA
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney


## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on April 12, 2019 is extended to June 12, 2019.

**IT IS SO ORDERED.**

Dated: April 12, 2019                                     /s/ John A. Mendez
                                                          JOHN A. MENDEZ
                                                          United States District Court Judge