MCGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00247-JAM-DB |
| Plaintiff, | |
| | ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ,  CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,  et al., | |
| Defendants. | |

## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on August 12, 2019 is extended to to October 12, 2019.

**IT IS SO ORDERED.**

Dated:  August 8, 2019         /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Court Judge

1

Proposed Order