MCGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:19-CV-00247-JAM-DB<br><br>ORDER |

## **ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on October 12, 2019 is extended to to November 28, 2019.

**IT IS SO ORDERED.**

Dated: October 10, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

1

Order