MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CV-00247-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' NOTICE OF MOTION AND MOTION FOR APPROVAL OF COORDINATION AGREEMENT BETWEEN THE UNITED STATES AND CHAPTER 7 BANKRUPTCY TRUSTEES |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL, | |
| | Date: December 10, 2019
Time: 1:30 p.m.
Ctrm:  6, 14th Floor |
| Defendants. | |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on December 10, 2019 at 1:30 p.m. or as soon thereafter as said motion can be heard in Courtroom 6, 14th Floor, of the above-entitled Court located at 501 I Street, Sacramento, California 95814, the United States will make the following motion:

The United States moves for Court approval of a Coordination Agreement between the United States and Chapter 7 trustees for the DC Solar bankruptcy ("DC Solar Trustee") and bankruptcies for the five LLCs holding title to the In Rem Defendants ("California LLC Trustee").  The Coordination Agreement resolves the issues associated with the DC Solar related bankruptcy filings in Reno, Nevada and will be filed, via a noticed motion, in the two related real property forfeitures cases in the Eastern

District of California for all claimants and potential claimants to review. This motion is based on the pleadings on file, the accompanying Motion for Approval of Coordination Agreement, and any argument to be presented at the hearing on this motion. A Proposed Order granting the United States' motion is filed herewith.

Date:   11/12/2019                                       MCGREGOR W. SCOTT
                                                         United States Attorney


                                             By:    /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney