# EXHIBIT B

| PROPERTY ADDRESS | CITY | ST | ZIP | APPRAISAL | SALES PRICE | STATUS | NET PROCEEDS |
|---|---|---|---|---|---|---|---|
| 140 Mason Circle | Concord | CA | 94520 | $4,630,000.00 | $5,000,000.00 | Closed | $2,184,429.19 |
| 4901 Park Rd | Benicia | CA | 94510 | $12,400,000.00 | $12,500,000.00 | Closed | $4,100,740.18 |