|     |                                          |                               |
| --- | ---------------------------------------- | ----------------------------- |
|   1 |                                          |                               |
|   2 |                                          |                               |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-00222 MCE |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| ROBERT A. KARMANN, | ) |
| Defendant. | ) <u>RELATED CASE ORDER</u> |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-00247 JAM-DB |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) |
| Defendants. | ) |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

```
 1          The parties should be aware that relating the cases under
 2    Local Rule 123 merely has the result that these actions are
 3    assigned to the same judge; no consolidation of the actions is
 4    effected.  Under the regular practice of this court, related cases
 5    are generally assigned to the judge to whom the first filed action
 6    was assigned.
 7          IT IS THEREFORE ORDERED that the action denominated
 8    2:19-cr-00222-MCE be reassigned to Judge John A. Mendez for all
 9    further proceedings, and any dates currently set in this reassigned
10    case only are hereby VACATED.  Henceforth, the caption on documents
11    filed in the reassigned cases shall be shown as 2:19-cr-00222-JAM.
12          IT IS FURTHER ORDERED that the Clerk of the Court make
13    appropriate adjustment in the assignment of criminal cases to
14    compensate for this reassignment.
15          IT IS SO ORDERED.
16    Dated:  December 13, 2019
17                                      /s/ John A. Mendez_____
18                                      United States District Court Judge
19
20
21
22
23
24
25
26
27
28
```