Edmond "Buddy" Miller (SBN 135113)
Law Office of Edmond "Buddy" Miller
1610 Montclair Avenue, Suite C
Reno, NV 89509
T: (775) 828-9898; F: (775) 828-9893
bmiller@buddymillerlaw.com
*Attorney for Zalanta Resort At The Village Association*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>　　　　　Defendants. | Case No.: 2:19-CV-00247-JAM-DB<br><br>**FIRST AMENDED CLAIMS OF ZALANTA RESORT AT THE VILLAGE ASSOCIATION REGARDING REAL PROPERTY LOCATED AT:**<br><br>1) **4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, 96150, APN: 029-660-05-100, 19-FBI-02149**<br><br>2) **4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, 96150, APN: 029-660-11-100, 19-FBI-002150** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## SECTION I – CONTACT INFORMATION

| **CLAIMANT INFORMATION** ||
|---|---|
| **Claimant/Contact Name**: (Last, First)<br><br>Kiskinen, Gregory ||
| **Business/Institution Name**: (if applicable)<br>ZALANTA RESORT AT THE VILLAGE ASSOCIATION ("Zalanta HOA") | **Prisoner ID**: (if applicable)<br>N/A |
| **Address**: (Include Street, City, State, and Zip Code)<br><br>4101 Lake Tahoe Blvd.<br>South Lake Tahoe, CA 96150<br>Attn: Gregory Kiskinen, Manager ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br><br>C3927267 ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:**<br>N/A ||
| **Phone**: (optional)<br><br>(775) 450-6001 | **Email**: (optional)<br><br>GKiskinen@vailresorts.com |
| **ATTORNEY INFORMATION** (if applicable) ||
| **Attorney Name**: (Last, First)<br><br>Miller, Edmond "Buddy" ||
| **Attorney Title**:<br><br>Attorney ||
| **Firm Name**: (if applicable)<br><br>Law Office of Edmond "Buddy" Miller ||
| **Attorney Address**: (Include Street, City, State, and Zip Code)<br><br>1610 Montclair Avenue, Suite C, Reno, NV 89509 ||
| **Are you an attorney filing this claim on behalf of your client?   X YES   ☐ NO** ||
| **Attorney Phone**: (optional)<br><br>(775) 828-9898 | **Attorney Email**: (optional)<br><br>bmiller@buddymillerlaw.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 19-FBI-002149 | 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, 96150, APN: 029-660-05-100 ("Unit 217") |
| 2 | 19-FBI-002150 | 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, 96150, APN: 029-660-11-100 ("Unit 225") |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 19-FBI-002149 | 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, 96150, APN: 029-660-05-100<br>Zalanta HOA's claim is for unpaid monthly HOA assessments since December 2018, which continue to accrue until paid in full, including regular and reserve assessments plus all utilities (water, gas, cable, electric, sewer, garbage, etc.), plus CCC § 5650(b) statutory late charges at 10% of delinquent assessments, interest at 12% per year and attorney fees and costs. |
| 19-FBI-002150 | 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, 96150, APN: 029-660-11-100<br>Zalanta HOA's claim is for unpaid monthly HOA assessments since approximately December 2018, which continue to accrue until paid in full, including regular and reserve assessments plus all utilities (water, gas, cable, electric, sewer, garbage, etc.), plus CCC § 5650(b) statutory late charges at 10% of delinquent assessments, interest at 12% per year and attorney fees and costs. |

**In the space below, please explain why you have a valid, good faith, and legally cognizable interest in this asset**:

Pursuant to the attached (1) the Condominium Plan for Zalanta Resort at the Village and Declaration Of Covenant Conditions And Restrictions And Reservations Of Easements For Zalanta Resort At The Village (South Lake Tahoe, California), (the "CC&R") recorded on October 26, 2016 in the El Dorado County Recorder's Office as Doc #2016-0051510-00, (2) First Amendment Of The Declaration Of Covenants, Conditions And Restrictions And Reservation Of Easements For Zalanta Resort At The Village recorded on January 26, 2017 in the El Dorado County Recorder's Office as Doc #2017-0003701-00, (3) Second

Amendment Of Declaration Of Covenants, Conditions And Restrictions And Reservation Of Easements For Zalanta Resort At The Village, recorded on April 21, 2017 in the El Dorado County Recorder's Office as Doc #2017-0015899-00, and (4) the Bylaws Of Zalanta Resort At The Village Association dated May 8, 2017, Zalanta HOA has a valid, good faith and legally cognizable interest in the foregoing assets because Units 217 and 225 are subject to monthly regular and reserve HOA assessments, plus all utilities as set forth herein.  Units 217 and 225 are also subject to CCC § 5650(b) statutory late charges at 10% of the delinquent assessments, interest at 12% per year and attorney fees and costs.  See also attached billing statements for Unit 217 and 225 (which do not include late charges or interest), and spreadsheets for Unit 217 and 225 recapping past due assessments, statutory late charges and interest.

**In the space below, please list any documents you are including in support of your interest in the asset(s).  If none are included, please explain why.**

See the following attached documents:

1. Plan for Zalanta Resort at the Village and Declaration Of Covenant Conditions And Restrictions And Reservations Of Easements For Zalanta Resort At The Village (South Lake Tahoe, California), recorded on October 26, 2016 in the El Dorado County Recorder's Office as Doc #2016-0051510-00;

2. First Amendment Of The Declaration Of Covenants, Conditions And Restrictions And Reservation Of Easements For Zalanta Resort At The Village, recorded on January 26, 2017 in the El Dorado County Recorder's Office as Doc #2017-0003701-00;

3. Second Amendment Of Declaration Of Covenants, Conditions And Restrictions And Reservation Of Easements For Zalanta Resort At The Village, recorded on April 21, 2017 in the El Dorado County Recorder's Office as Doc #2017-0015899-00;

4. Bylaws Of Zalanta Resort At The Village Association dated May 8, 2017;

5. Unit 217 Billing Statements from Zalanta HOA from 11/30/2018 to 11/30/2019;

6. Unit 225 Billing Statements from Zalanta HOA from 11/30/2018 to 11/30/2019;

7. Unit 217 Spreadsheet recapping past due assessments and statutory late charges and interest; and

8. Unit 225 Spreadsheet recapping past due assessments and statutory late charges and interest.

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

| Property | Description of Claim | Amount Due | Legal Fees and Costs |
|---|---|---|---|
| 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, 96150, APN: 029-660-05-100, 19-FBI-02149 | Claim for unpaid regular and reserve monthly HOA assessments as of December 2018, plus all utilities (water, gas, cable, electric, sewer, garbage, etc.), late charges, interest and legal fees and costs until paid in full. | $21,588.83 as of 11/30/2019 plus future unpaid monthly HOA assessments, utilities, late charges and interest that have accrued until paid in full | $3,591.90 as of 11/30/2019 plus future legal fees and costs until paid in full |
| 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, 96150, APN: 029-660-11-100, 19-FBI-002150 | Claim for unpaid regular and reserve monthly HOA assessments as of December 2018, plus all utilities (water, gas, cable, electric, sewer, garbage, etc.), late charges, interest and legal fees and costs until paid in full. | $20,591.51 as of 11/30/2019 plus future unpaid monthly HOA assessments, utilities, late charges and interest that have accrued until paid in full | See above amount |
| | Subtotal as of 11/30/2019 | $42,180.34 | $3,591.50 |
| **TOTAL AMOUNT DUE AS OF 11/30/2019** | | | $45,771.84 |

_____
**Signature**

_____
**GREGORY KISKINEN, General Manager**
**Zalanta Resort At The Village Association**

12/29/19
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

## PROOF OF SERVICE

I hereby certify that I electronically filed the **FIRST AMENDED CLAIMS OF ZALANTA RESORT AT THE VILLAGE ASSOCIATION REGARDING REAL PROPERTY LOCATED AT: (1) 4101 Lake Tahoe Blvd, Unit 217, South Lake Tahoe, California, 96150, APN: 029-660-05-100, 19-FBI-02149, and (2) 4101 Lake Tahoe Blvd, Unit 225, South Lake Tahoe, California, 96150, APN: 029-660-11-100, 19-FBI-002150** with the Clerk of the Court for the United States District Court by using the CM/ECF system on December 30, 2019.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 30, 2019, at Reno, Nevada.

        /s/ Edmond "Buddy" Miller
        Edmond "Buddy" Miller