UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CV-00247 JAM-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) ) ) ) ) ) | **RELATED CASE ORDER** |
| | ) | |
| Defendants | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-CV-02544-KJM-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Bankruptcy Estate of DC SOLAR SOLUTIONS, INC. dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; Bankruptcy Estate of DC SOLAR DISTRIBUTION, INC., a California corporation; Bankruptcy Estate of DC SOLAR FREEDOM, INC., a California corporation; MATTHEW CARPOFF, an individual; LAUREN CARPOFF, an individual; ROBERT V. AMATO and PRISCILLA AMATO, husband and wife; ROBERT | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| 1 | KARMANN, an individual; RONALD J. ROACH, an individual; |
| 2 | SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN |
| 3 | GUIDRY, an individual; PATRICK MOORE, an individual; HALO |
| 4 | MANAGEMENT SERVICES LLC, a Nevada limited liability |
| 5 | company; SCOTT WENTZ, an individual; RAINA YEE, an |
| 6 | individual; MONTAGE SERVICES, INC., a California corporation; |
| 7 | VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE |
| 8 | (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland |
| 9 | corporation; JULIE MURACO, an individual; Praeditis Group LLC, |
| 10 | a Delaware limited liability company; THE STRAUSS LAW FIRM, |
| 11 | LLC, a South Carolina limited liability company; PETER |
| 12 | STRAUSS, an individual; DIANA KERSHAW, an individual; HERITAGE |
| 13 | BANK OF COMMERCE, a California Corporation; CARSON TRAILER, |
| 14 | INC., a California corporation; DAVID ENDRES, an individual; |
| 15 | ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware |
| 16 | limited liability company; BARRY HACKER, an individual; MARSHAL & |
| 17 | STEVENS, INC.; MARCELO BERMUDEZ, an individual; COHNREZNICK, LLP, |
| 18 | a New Jersey limited liability partnership; RADIUS GGE (USA), |
| 19 | INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; |
| 20 | PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA |
| 21 | SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; |
| 22 | DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE |
| 23 | SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT |
| 24 | INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, |
| 25 | a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; |
| 26 | SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation, AHERN |
| 27 | RENTALS INC., a Nevada corporation, |
| 28 | Defendants |

2

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Case No. 2:19-CV-02140 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH BAYLISS and RONALD ROACH, | ) | |
| Defendants. | ) | |
| SECURITIES AND EXCHANGE COMMISSION, | ) | Case No. 2:19-CV-02531 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| ROBERT A. KARMANN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CV-00485 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, ET AL., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CV-00636 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| 5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-CR-00182 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| RONALD J. ROACH and JOSEPH W. BAYLISS, | ) | |
| Defendants. | ) | |

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, ) Case No.: 2:19-CR-00222 JAM |
| 2 | Plaintiff, ) |
| 3 | v. ) |
| 4 | ROBERT A. KARMANN, ) |
| 5 | Defendant. ) |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the actions denominated 2:19-cv-02544-KJM-CKD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:19-cv-02544-JAM-CKD.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 10, 2020

/s/ John A. Mendez

United States District Court Judge